IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYRONE C. DUREN,

    Petitioner,

v.

ISRAEL JACQUEZ, Warden,

    Respondent.

Case No. 3:24-cv-00961-JR

**ORDER TO DISMISS**

**RUSSO, Magistrate Judge**

The court GRANTS petitioner's Motion to Voluntarily Dismiss (ECF No. 24) as petitioner has now received the remedy sought. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this __24__ day of November 2025.

_____
Jolie A. Russo
United States Magistrate Judge

1 – ORDER TO DISMISS